UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Honorable Lois Goodman |
| v. : | |
| : | Mag. No. 13-157 (JAP) |
| JERAY ALSTON : | |
| : | DETENTION ORDER |
| : | |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Cheryl M. Cucinello Special Assistant United States Attorney, appearing), in the presence of Lisa Van Hoeck, Assistant Federal Public Defender, attorney for defendant Jeray Alston, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Alston without bail pending trial in the above-entitled matter, and for good cause shown,

IT IS, therefore, on this 3rd day of April 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Alston be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Alston be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

- 2 -

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that upon his defendant Alston be afforded reasonable opportunity for private consultations with counsel; and it is further

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Alston shall be delivered to a United States Marshall for the purpose of appearances in connection with court proceedings; and it is further

IT IS FURTHER ORDERED that the motion of the United States for an order detaining defendant Alston without bail pending trial is hereby granted, and defendant Alston is hereby ordered detained pending trial in the above-entitled matter.

_____
HONORABLE LOIS GOODMAN
United States Magistrate Judge